AO91 (Rev. 12/03)  Criminal Complaint                                                                                                    AUSA

# UNITED  STATES  DISTRICT  COURT

Southern District Of Texas Brownsville Division

| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
|---|---|
| vs. | |
| Ivan Rene BOTELLO-Marin<br> A078 996 293  Mexico<br>AKA Luis Carlos BOTELLO-Barajas | Case Number: 1:11-po-2455 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about   January 27, 2007   in   Hidalgo   County, in the   Southern District Of Texas   defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title   8   United States Code, Section(s)   1325(a)(1)

I further state that I am a(n)   Border Patrol Agent   and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on August 22, 2011. The defendant is a citizen of Mexico who entered the United States illegally by wading across the Rio Grande River near Brownsville, Texas on August 22, 2011 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Lujan, Benjamin  Border Patrol Agent
Signature of Complainant

Lujan, Benjamin     Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

August 24, 2011                                              at    Brownsville, Texas
Date                                                                      City/State

Felix Recio              U.S. Magistrate Judge
Name of Judge          Title of Judge                     Signature of Judge